# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHN W. BAREFOOT; LINDA BAREFOOT;
HAROLD HAFLEY,

        Plaintiffs,

vs.                                                                        No. CIV 11-0038 JB/LFG

ONEWEST BANK, FBS; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; INDYMAC
MORTGAGE SERVICES; MORTGAGEIT, INC.; JOSEPH
D. GALLOGLY; KEY MORTGAGE CORPORATION;
SMART MONEY; COUNTRYWIDE HOMELOANS C/O
BANK OF AMERICA; ELIZABETH MASON; JOHN
DOES and JANE DOES, Individuals yet to be determined, if
any, also involved in the real estate finance and real estate
loan transactions involved in this case; ABC
CORPORATION, Corporations, Partnerships, LLCs, entities
yet to be determined, if any, also involved in the real estate
refinance and real estate loan transactions involved in this
case;    and    X Y Z    T R U S T / T R A N C H E
SECURITIZATIONPOOL/HEDGEFUND INVESTMENT
CONDUIT and Corporations, Partnerships, LLCs, Putative
Promissory Note Beneficiaries and entities yet to be
determined, if any, also involved in the securitization of real
estate mortgaged backed securities having an interest in the
Promissory Notes/loans which are subject to this action,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** comes before the Court sua sponte.  On January 11, 2012, the Court

entered an Order to Show Cause requiring the Plaintiffs to show cause by no later than January 31,

2012, why the Court should not dismiss their lawsuit, without prejudice, for non-prosecution and

lack of service within the time that the law provides.  See Doc. 11.  The Plaintiffs did not file a

response or effect service, and the deadline for responding to the Order to Show Cause has expired.

The Court's inherent power to dismiss a lawsuit <u>sua</u> <u>sponte</u> for want of prosecution is well established.   <u>See</u> <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, <u>reh'g denied</u>, 371 U.S. 873 (1962); <u>Shotkin v. Westinghouse Elec. & Mfg. Co.</u>, 169 F.2d 825, 826 (10th Cir. 1948); Fed. R. Civ. P. 41(b).  The Plaintiffs filed the Verified Complaint for Damages, filed January 12, 2011 (Doc. 1), in this case over a year ago on January 12, 2011.  The record fails to reflect that service of process has been made on the Defendants or that the Plaintiffs have prosecuted their case.

**IT IS ORDERED** that the Plaintiffs' Verified Complaint for Damages, filed January 12, 2011 (Doc. 1), and this action, are dismissed, without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

John W. Barefoot
Albuquerque, New Mexico

    *Plaintiff pro se*

Linda Barefoot
Albuquerque, New Mexico

    *Plaintiff pro se*

Harold Hafley
Corrales, New Mexico

    *Plaintiff pro se*