IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN W. BAREFOOT; LINDA BAREFOOT;
HAROLD HAFLEY,

      Plaintiffs,

vs.                                        No. CIV 11-0038 JB/LFG

ONEWEST BANK, FBS; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; INDYMAC
MORTGAGE SERVICES; MORTGAGEIT, INC.; JOSEPH
D. GALLOGLY; KEY MORTGAGE CORPORATION;
SMART MONEY; COUNTRYWIDE HOMELOANS C/O
BANK OF AMERICA; ELIZABETH MASON; JOHN
DOES and JANE DOES, Individuals yet to be determined, if
any, also involved in the real estate finance and real estate
loan transactions involved in this case; ABC
CORPORATION, Corporations, Partnerships, LLCs, entities
yet to be determined, if any, also involved in the real estate
refinance and real estate loan transactions involved in this
case; and XYZ TRUST/TRANCHE
SECURITIZATIONPOOL/HEDGEFUND INVESTMENT
CONDUIT and Corporations, Partnerships, LLCs, Putative
Promissory Note Beneficiaries and entities yet to be
determined, if any, also involved in the securitization of real
estate mortgaged backed securities having an interest in the
Promissory Notes/loans which are subject to this action,

      Defendants.

## FINAL JUDGMENT

      The Court having this day entered an Order of Dismissal Without Prejudice for the Plaintiffs' failure of prosecution and lack of service,

      **IT IS ORDERED** that judgment is entered in favor of the Defendants on all of the Plaintiffs' claims, which are hereby dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

John W. Barefoot
Albuquerque, New Mexico

    *Plaintiff pro se*

Linda Barefoot
Albuquerque, New Mexico

    *Plaintiff pro se*

Harold Hafley
Corrales, New Mexico

    *Plaintiff pro se*